NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH RUTH DABNEY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3149

---

Petition for review of the Merit Systems Protection Board in No. AT0752120448-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Elizabeth Ruth Dabney moves for leave to amend her informal brief and add two documents to the record. The Merit Systems Protection Board (Board) opposes the addition of one of the documents.

Upon consideration thereof,

IT IS ORDERED THAT:

DABNEY V. MSPB                                                    2


The motion shall be deferred to the merits panel assigned to the case.  A copy of the motions papers and this order shall be transmitted to the merits panel.


FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26